UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN RITTER,<br><br>    Plaintiff,<br><br>v.<br><br>CONALL McCABE, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00324-DAD-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO REMOVE DEFENDANTS SILL AND RAVIJOT FROM THE DOCKET |

    Plaintiff Ronald Dean Ritter is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On October 28, 2019, plaintiff voluntarily dismissed his claims against defendants Sill and Ravijot. ECF No. 13. I thus direct the clerk's office to remove defendants Sill and Ravijot from the docket.

IT IS SO ORDERED.

Dated:   November 19, 2019             */s/ Jeremy Peterson*
                                                    UNITED STATES MAGISTRATE JUDGE

No. 205.