UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN RITTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONALL McCABE, *et al.*,<br><br>　　　　　Defendants. | Case No. 19-cv-00324-DAD-JDP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 28 |

　　　　Defendant's motion to modify the scheduling order, ECF No. 28, is granted for good cause. The last day to conduct depositions or file motions to compel related to any depositions is now May 25, 2021. The last day to file dispositive motions is now August 1, 2021. The deadlines regarding written discovery remain in place.

IT IS SO ORDERED.

Dated:　 September 21, 2020 　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1