1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD RITTER,                          Case No.  1:19-cv-00324-DAD-HBK (PC)

12               Plaintiff,                  ORDER GRANTING DEFENDANTS'
                                             MOTION TO MODIFY THE SCHEDULING
13        v.                                 ORDER AND EXTEND DEADLINES

14   CONALL MCCABE, et. al.                  (Doc. No. 31)

15               Defendants.                 Amended Discovery deadline- December 1, 2021

16                                           Amended Dispositive deadline- March 2, 2022

17

18

19

20          Pending before the Court is Defendants' second motion to modify the scheduling order

21   (Doc. No. 31), filed April 6, 2021.   Defendants seek to enlarge the deadline for discovery to

22   November 25, 2021 and the filing deadline for dispositive motions to March 1, 2022, due to current

23   Covid-19 related-restrictions impeding plaintiff's deposition.   (Doc. No. 31 at 2-3).   Plaintiff

24   remains incarcerated at the Fresno County Jail.

25          Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request

26   to extend time is made before the original time, or its extension expires; or, on a motion made after

27   the time has expired, if the party failed to act because of excusable neglect.  Additionally, Fed. R.

28

                                                 1

Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent.

Here, Defendants filed their motion before the prior extension of time expired and have established good cause to extend the discovery and dispositive deadlines in this case.

ACCORDINGLY, it is **ORDERED**:

1.  Defendants' second motion to modify the discovery and scheduling order (Doc. No. 31) is **GRANTED**.

2.  The deadline to conduct discovery is extended to December 1, 2021, and the deadline to file dispositive motions is extended to March 1, 2022.

IT IS SO ORDERED.

Dated:     May 20, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE